Argued and submitted June 14, 1991, affirmed February 12, 1992

EMETERIO JOSE RODRIGUEZ-RIOL,
*Appellant,*

*v.*

STATE OF OREGON,
*Respondent.*

(90C-10474; CA A66921)

825 P2d 656

Elaine B. Oliver and Swaim & Associates, P.C., Salem, filed the brief for appellant.

Timothy A. Sylwester, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.